O

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| In Re: § | | |
| COTULLA STYLE PIT BAR B Q, INC., § | | Bankruptcy Case No. 06-50210 |
|     Debtor. § | | |

| | | |
|---|---|---|
| COTULLA STYLE PIT BAR B Q, INC., § | | |
|     Appellant/Plaintiff, § | | CIVIL ACTION NO. L-09-14 |
| § | | |
| vs. § | | Adversary No. 08-5009 |
| § | | |
| CITY OF LAREDO, § | | |
|     Appellee/Defendant. § | | |

### ORDER

For reasons stated in a Memorandum of even date, the Court VACATES the bankruptcy court's January 9, 2009, dismissal of Appellant's adversary hearing against the City of Laredo. (See Adversary Dkt. No. 5.) The adversary proceeding is REMANDED to the bankruptcy court for further consideration.

DONE at Laredo, Texas, this 29th day of June, 2009.

*[signature]*
**Senior United Stated District Judge**